1
2
3
4
5

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 96CR1769-H |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER AND JUDGMENT OF DISMISSAL** |
| ) | |
| ENRIQUEZ GUZMAN-GARCIA (3), ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on the United States' motion to dismiss the Indictment and request to recall the arrest warrant as to Defendant Enriquez Guzman-Garcia.

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the arrest warrant is recalled.

DATED:  2/25/2025

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE